| Case No. | CV 09-04221-RGK; CR 04-00849-RGK | Date | April 26, 2011 |
|---|---|---|---|
| Title | ERNEST PAUL LAMPERT v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:** **(IN CHAMBERS) Order Re: Petitioner's Motion for Reconsideration of Court's Order Denying Reconsideration of Petitioner's Motion for Relief Under § 2255 (DE 22)**

On April 14, 2011, Ernest Paul Lampert ("Petitioner") filed a motion with this Court, captioned: "The Court's March 14, 2011 Answer to Defendant's January 13, 2011 and February 25, 2011 Motions are 'Non Responsive" and in Err on Dates for Timely Filing Motions. The Court Did Not 'Effectuate Delivery' of the March 5, 2010 Denied 2255 Motion Until November 19, 2010, and Therefore the Defendant's Motions Are Not Time Barred. The Court Is 'Abusing Its Authority and Discretion' by Refusing to Fairly Answer the Court's Err in Its Calculation of the Loss Amount for Sentencing." Petitioner does not identify any rule of procedure or other law under which he may be entitled to relief. However, as the motion challenges the Court's March 14, 2011 Order Denying Reconsideration of Petitioner's Denied § 2255 Motion as mistaken, the Court views the present motion as a request for relief from an order under Rule 60 of the Federal Rules of Civil Procedure.

The Court has read Petitioner's Motion, and reviewed its past Order. On consideration of Petitioner's arguments and the evidence before it, the Court finds that Petitioner has not demonstrated the Court's March 14, 2011 Order was entered in error. Petitioner's motion is accordingly **denied**.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | slw | |